IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

ENDY SANCHEZ BRAVO,                         §
                                            §
    *Petitioner,*                           §
                                            §
VS.                                         §
                                            §
KRISTI NOEM, Secretary, U.S. Department of  §
Homeland Security; TODD LYONS, Acting       §    CIVIL ACTION NO. 9:26-CV-00142
Director of U.S. Immigration and Customs    §    JUDGE MICHAEL J. TRUNCALE
Enforcement (ICE); MARCOS CHARLES,          §
Acting Executive Associate Director, ICE and §
Removal Operations; PAMELA BONDI, U.S.      §
Attorney General; WARDEN, Montgomery        §
Processing Center,                          §
                                            §
    *Respondents.*                          §

## ORDER REGARDING ADMISSION

On February 12, 2026, Petitioner filed his Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief in the Southern District of Texas, Houston Division. [Dkt. 1]. On February 25, 2026, this matter was transferred to the Eastern District of Texas, Lufkin Division. [Dkt. 8]. At the time of transfer, counsel for Respondents, Nicholas Sabin, was not admitted to practice in the Eastern District of Texas. On February 25, 2026, the Clerk emailed Mr. Sabin instructions on admission requirements for the Eastern District of Texas.

Accordingly, it is **ORDERED** that Nicholas Sabin take the necessary steps to appear on behalf of Respondents either by becoming admitted to practice in the Eastern District of Texas or by appearing Pro Hac Vice in this matter on or before **May 4, 2026**. Failure to do so will result in this matter being set for a Status Conference before the Court.

The Clerk is **INSTRUCTED** to forward a copy of this Order to Mr. Sabin via Email at nicholas.sabin@usdoj.gov.

**SIGNED this 20th day of April, 2026.**

_____
Michael J. Truncale
United States District Judge